# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID KHAN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>GABRIEL VALDEZ, Field Office Director of Enforcement and Removal Actions, Adelanto Field Office, Immigration and Customs Enforcement, et al.,<br><br>　　　　　　Respondents. | Case No. EDCV 25-3183-MWF(PVC)<br><br>ORDER SETTING BRIEFING SCHEDULE |

On November 25, 2025, Petitioner Khalid Khan filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Order to Show Cause Within Three Days (the "Petition"). (Docket No. 1). The Court ORDERS the following briefing schedule in this action:

1. No later than **DECEMBER 18, 2025,** Respondents must file a Notice of Appearance.
2. No later than **DECEMBER 29, 2025**, Respondents must file a response to the Petition, *i.e.*, an Answer or Motion to Dismiss.
3. If a Motion to Dismiss is filed by the Respondents, Petitioner must file an Opposition to the Motion within seven days after service thereof. The

   Respondents must file any Reply within three days after service of the Opposition.

  4. If an Answer is filed by the Respondents, Petitioner must file a Reply to the Answer within seven days after service thereof.

 IT IS FURTHER ORDERED that the Petitioner must not be moved to a location outside of the jurisdictional boundaries of the United States District Court for the Central District of California during the pendency of the action, unless otherwise ordered by the presiding judge.

 This action shall proceed before Magistrate Judge Pedro V. Castillo for a report and recommendation.

 IT IS SO ORDERED.

Dated: December 15, 2025

                 _____
                 MICHAEL W. FITZGERALD
                 United States District Judge