# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID KHAN,<br><br>Petitioner,<br><br>V.<br><br>GABRIEL VALDEZ, et al.,<br><br>Respondents. | Case No. EDCV 25-3183 MWF (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1) the Petition is GRANTED as to Count One claiming a violation of the INA and DENIED as moot as to the remaining counts;

(2) Respondents are enjoined from continuing to detain Petitioner unless he is provided with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) days of this Order; and

(3) the parties are ORDERED to file a joint status report no later than ten (10) working days after the date of this Order confirming that Petitioner has received a bond hearing.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Petitioner at his current address of record and on counsel for Petitioner and Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  March 4, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

2