JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KHALID KHAN, | Case No. EDCV 25-3183-MWF (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GABRIEL VALDEZ, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment is entered in favor of Petitioner as to Count One of the Petition, and the remaining Counts of the Petition are dismissed as moot.

DATED: March 4, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge